[Nos. 34145-0-II; 33596-4-II;    Division Two.    June 3, 2008.]
    35221-4-II.

*In the Matter of the Detention of* HARRY VERN FOX,
    *Appellant,* THE DEPARTMENT OF SOCIAL AND
        HEALTH SERVICES, *Respondent.*

*In the Matter of the Detention of* ROBERT M. JONES,
    *Appellant,* THE DEPARTMENT OF SOCIAL AND
        HEALTH SERVICES, *Respondent.*

*In the Matter of the Detention of* ANTHONY JACKA,
    *Appellant,* THE DEPARTMENT OF SOCIAL AND
        HEALTH SERVICES, *Respondent.*[†]

Upon reconsideration of the decision reported at 138 Wn.
App. 374 (2007) following the Supreme Court's grant of
review and remand at 162 Wn.2d 1019 (2008), the court by
unpublished opinion per Hunt, J., concurred in by Hough-
ton, C.J., and Armstrong, J., *reaffirms* its decision in the
*Jones* case, *reverses* its decision in the *Fox* case, and *re-
mands* the *Fox* case for further proceedings.

[No. 35543-4-II.    Division Two.    June 3, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN K.
            WARREN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 04-1-01585-3, M. Karlynn Haberly, J., entered
October 27, 2006. *Reversed* and *remanded* by unpublished
opinion per Houghton, C.J., concurred in by Armstrong and
Quinn-Brintnall, JJ.

---

[†] Originally, this appeal involved a third consolidated case, *In re Detention of
Jacka.* Because the Supreme Court granted the State's motion to withdraw the
petition for review in that case, *In re Detention of Jacka* is not before us on
remand.